

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable J. A. Hill, President
West Texas State Teachers College
Canyon, Texas

Dear Sir:                                    Opinion No. O-3826
                                             Re: Payment of summer school
                                                 employees.

        We construe your letter of July 24, 1941, to propound
the question of whether small balances remaining in various other
appropriations to your College may be used in paying salaries of
employees in the summer school.

        House Bill No. 255 of the 46th Legislature appropriated
sums for the payment of teachers' salaries on a nine months basis,
and made a lump sum appropriation for the summer school.

        The appropriation for teachers expense to West Texas
State Teachers College commences as follows: "Salaries: (Nine
months unless otherwise noted)."

        Administrative expense, on the other hand, was on a
twelve months basis. It appears "administration (twelve months)."

        Following the itemization of teachers' salaries on a
nine months basis, and administrative expense on a twelve months
basis, is the following item:

        "85.   Summer School. . . $20,000.00 . . . $20,000.00."

        The payment of all salaries incident to the summer school
held at West Texas State Teachers College must therefore be paid
out of the appropriation for the summer session. This total amount
may not be supplemented from any other source. The method adopted
by the Legislature, above reviewed, clearly evinces a purpose that
the payment of the expenses for the long session, that is, the nine
months session, apart from administrative expense, is one thing,
and the payment of the expenses of the summer session another thing.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

It necessarily follows that no accumulated balances out of appropriations to pay the salaries of teachers or other employees for the nine months session can be used to pay the salaries of employees in the summer school.

It is our understanding from your letter, and from the conversation referred to in your letter between Mr. Virgil Henson, your business manager, and this department, that the question before you is as we have construed it. We shall be pleased to advise you in any other respects not covered by this opinion if we have erroneously interpreted your request.

Yours very truly

APPROVED AUG 7, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

ATTORNEY GENERAL OF TEXAS

By Zollie C. Steakley
Assistant

ZCS:RS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN